# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RON MOHOLT**, | Case No. 3:13-CV-01026-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **DOONEY & BOURKE, INC.**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

Pursuant to Rule 52(a)(1) of the Federal Rules of Civil Procedure, after the close of all evidence and after hearing closing arguments by counsel, the Court separately stated on the record the Court's findings of fact and conclusions of law. For the reasons stated on the record, this case is dismissed.

**IT IS SO ORDERED**.

DATED this 8th day of April, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge